UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERK
113 ST. JOSEPH STREET
MOBILE, ALABAMA 36602

PAUL MOUSSET JOSEPH
A# 39051422
PETITIONER

OCTOBER 3, 2006
IN REMOVAL PROCEEDING

VERSUS
ALBERTO GONZALES, ET AL
RESPONDENT

06-637-KD-C

## PETITION FOR WRIT OF HABEAS CORPUS

Pursuant 28 U.S.C. § 2241 Petitioner moves the court to issue a writ of Habeas corpus. Petitioner was convicted of aggravated assault and theft in Georgia. After serving his time at Jimmy Autry State Prison he was taken into DHS/ICE custody on November 17, 2204. On March 17, 2005 Petitioner was ordered to be removed from United States, by Immigration Judge William Cassidy. Petitioner has fully cooperated with DHS/ICE about issuing his travel document. DHS/ICE has Petitioner valid Haitian Passport. Petitioner contends that this continued custody violates the provision of 8 U.S.C. § 123 (a) (6) as interpreted by the Supreme Court in Zadvydas v. Davis, 533 U.S. 678, 121 S. Ct. 2491, 150 L. Ed.2d 653 (2001). Zadvydas held that § 123(a) (6) limits "an alien's post-removal-period detention to a period reasonably necessary to bring that alien's removal from the United States" and thus does not authorize the indefinite detention of an alien pending removal from the United States. Id. at 689. Petitioner does not intend on fighting his case. He is seeking release from actual physical confinement after twenty-two months plus in DHS/ICE detention. Petitioner asks your Honorable Court to review his case.

## CERTIFICATE OF SERVICE

I Hereby Certify that on October 3, 2006 a copy of the same was forwarded via first class mail and properly addressed to the Respondent :

Johm Mata
Atlanta field office
U.S. Department Of Homeland Security
77 forsyth Street SW
Atlanta , GA 30303

By: *Paul Mousset Joseph*
    Paul Mousset Joseph
    A# 39051422
    Bravo 3-13
Perry County Correccional Center
RT. 2 Box 176, HWY. 80
Union town , Alabama 36786

Paul Mousset Joseph
A# 390514 22
Perry County Correctional Center
Bravo 3-13
RT. 2 Box 176, Hwy 80
Union Town, Alabama 36786

MONTGOMERY AL 361
04 OCT 2006 PM 3 T

United
Way
USA 39

United States District Court
Southern District of Alabama
Clerk
113 St. Joseph Street
Mobile, Alabama 36602

36602+3606