## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| PAUL MOUSSET JOSEPH, | : |
| Petitioner, | : |
| vs. | :   CA 06-0637-KD-C |
| ALBERTO GONZALES, et al., | : |
| | : |
| Respondents. | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 14, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of January, 2007.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**